**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6855

TROY MATTHEW JACKSON,

Plaintiff - Appellant,

versus

S. P. LEWIS,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-02-1238-SGW)

Submitted: September 16, 2004      Decided: September 22, 2004

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Troy Matthew Jackson, Appellant Pro Se. Mark Dudley Obenshain, KEELER OBENSHAIN, P.C., Harrisonburg, Virginia; Patrick Christopher Asplin, KEELER OBENSHAIN, P.C., Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Troy Matthew Jackson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jackson v. Lewis, No. CA-02-1238-SGW (W.D. Va. filed Apr. 5, 2004 & entered Apr. 6, 2004). We deny Jackson's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED